IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARTHUR JOHNSON,                     :   CIVIL ACTION
        Petitioner,                 :
                                    :
v.                                  :   NO. 16-cv-4661
                                    :
MARK CAPOZZA,[1] et al.,            :
        Respondents.                :

## ORDER

AND NOW, this 30 day of May, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and objections thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER,     J.

---

[1] I have substituted Mark Capozza, who is the current Superintendent of SCI Fayette, as the respondent in this case. *See* Rules Governing Section 2254 Cases, Rule 2 (requiring the current custodian to be named as respondent).